JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Feder, M.D., Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Motion Picture Industry Health Plan and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:24-cv-06454-CBM-MAR<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant, Motion Picture Industry Health Plan, and Plaintiff, Keith Feder, M.D. Inc.,

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:24-cv-06454-CBM-MAR, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: February 11, 2025

　　　　　　　　　　　　　　　　　　Hon. Consuelo B. Marshall
　　　　　　　　　　　　　　　　　　United States District Judge